# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Callaway, Joseph N. | United States. Bankruptcy Court, Eastern District of NC | 05/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

150 Reade Circle
Greenville, NC 27858

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing member | JKP, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/01/2016 | Battle Winslow Scott & Wiley PA -- Note for buy out of interest in former law firm (receiving monthly payments on note ) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2019 | Battle Winslow Scott & Wiley PA -- total for 12 monthly note buyout payments received in 2019. | $2,900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 2019 Eastern Bankruptcy Institute | 5/30/2019 and 5/31/2019 | North Myrtle Beach, SC | Speaker at bankruptcy law seminar | two nights of hotel room |
| 2. | 2019 Southeastern Bankruptcy Institute | 7/18/2019 to 7/20/2019 | Amelia Island, Florida | Speaker at bankruptcy continuing legal education seminar and meeting | three nights hotel room, meal and mileage (IRS rate) reimbursement |
| 3. | National Conference of Bankruptcy Judges | 10/30/2019 to 11/1/2019 | Washington, D.C. | Judges conference and CLE | partial room reimbursement from NCBJ organization |
| 4. | North Carolina Bar Association | 11/22/2019 | Wilmington, N.C. | Speaker at bankruptcy law seminar | mileage reimbursement (IRS rate) |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 05/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Board of Certification | National Bankruptcy Law Specialization Board (fees waived for all qualifying judges) | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Providence Bank Checking Account | D | Interest | O | T | | | | | |
| 2. E-Trade Dividend Account | A | Interest | J | T | | | | | |
| 3. Providence Bank Checking Account for JKP (87.5%) | A | Interest | J | T | | | | | |
| 4. Stock -- RBC Bank (RY) | E | Dividend | O | T | | | | | |
| 5. Stock -- Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 6. ETrade Rollover IRA as listed below: | | | | | | | | | |
| 7. Stock -- Federal Express (FDX) (IRA) | B | Dividend | M | T | Buy (add'l) | 09/24/19 | J | | |
| 8. PARMX | D | Dividend | M | T | | | | | |
| 9. DLSNX | B | Dividend | M | T | | | | | |
| 10. VTI | E | Dividend | N | T | | | | | |
| 11. VUG | E | Dividend | N | T | | | | | |
| 12. TRLVX | E | Dividend | M | T | | | | | |
| 13. VOOG | D | Dividend | M | T | | | | | |
| 14. VOOV | D | Dividend | M | T | | | | | |
| 15. VONG | D | Dividend | N | T | | | | | |
| 16. ETrade IRA Money Market Acct | D | Interest | O | T | | | | | |
| 17. Other IRA's: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA - Janus Growth & Income Fund (JAGIX) | D | Dividend | K | T | | | | | |
| 19. IRA- Royce Penn Mutual Fund (RYCPX) | B | Dividend | J | T | | | | | |
| 20. Spouse's 401k converted to IRA | | | | | | | | | |
| 21. AGTHX | D | Dividend | L | T | | | | | |
| 22. ANCFX | D | Dividend | L | T | | | | | |
| 23. ANWPX | C | Dividend | K | T | | | | | |
| 24. CWGIX | C | Dividend | K | T | | | | | |
| 25. NEWFX | C | Dividend | K | T | | | | | |
| 26. ▮▮▮▮ State of NC 401k Retirement Plan: (Note 1) | | | | | | | | | |
| 27. NC Large Cap Value | A | Dividend | | | Sold | 05/21/19 | K | D | |
| 28. NC Large Cap Index | A | Dividend | | | Sold | 05/21/19 | K | D | |
| 29. NC Large Cap Growth | A | Dividend | | | Sold | 05/21/19 | K | E | |
| 30. NC Small/Mid Cap Value | A | Dividend | | | Sold | 05/21/19 | K | D | |
| 31. NC Small/Mid Cap Index | A | Dividend | | | Sold | 05/21/19 | K | E | |
| 32. NC Small/Mid Cap Growth | A | Dividend | | | Sold | 05/21/19 | K | E | |
| 33. NC Global Equity Fund | A | Dividend | | | Sold | 05/21/19 | J | D | |
| 34. NC International Fund | A | Dividend | | | Sold | 05/21/19 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.　NC Internationial Index Fund | A | Dividend | | | Sold | 05/21/19 | J | D | |
| 36.　NC Stable Value Fund | A | Dividend | | | Sold | 05/21/19 | J | D | |
| 37.　Fidelity IRA cash market account | D | Interest | M | T | Open | 05/21/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Joseph N. | 05/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1 --          state retirement account mutual funds reflected in Part VII Lines 27 - 36 sold and transferred to Fidelity Funds Retirement Cash/Money Market IRA account shown at line 37.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Joseph N. Callaway**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544